UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,<br><br>    *Plaintiff*,<br><br>    v.<br><br>CHASE MORTGAGE FINANCE CORP.; JPMORGAN CHASE & CO.; J.P. MORGAN SECURITIES LLC; CITICORP MORTGAGE SECURITIES, INC.; CITIMORTGAGE, INC.; CITIGROUP GLOBAL MARKETS INC.; FIRST HORIZON ASSET SECURITIES INC.; FIRST HORIZON HOME LOAN CORPORATION; ALLY SECURITIES LLC; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; FTN FINANCIAL SECURITIES CORP.; HSBC SECURITIES (USA) INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; RBS SECURITIES INC.; UBS SECURITIES LLC; and WELLS FARGO ASSET SECURITIES CORPORATION,<br><br>    *Defendants*. | No. 12 Civ. 6166 (LLS) (MHD) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law, the Declaration of Andrew T. Frankel, dated November 13, 2012, and the exhibits attached thereto, Defendants Chase Mortgage Finance Corp., JPMorgan Chase & Co., J.P. Morgan Securities LLC, Citicorp Mortgage Securities, Inc., CitiMortgage, Inc., Citigroup Global Markets Inc., First Horizon Asset Securities Inc., First Horizon Home Loan Corporation, Ally Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., FTN Financial Securities Corp., HSBC Securities (USA) Inc., Merrill Lynch, Pierce, Fenner & Smith Inc., RBS Securities

Inc., UBS Securities LLC, and Wells Fargo Asset Securities Corporation will move this Court, before the Honorable Louis L. Stanton, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and time designated by the Court, for an order dismissing the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and granting Defendants such other and further relief as the Court deems just and proper.  Oral argument is requested on a date and at a time designated by the Court.

Dated: November 13, 2012  
       New York, New York

Respectfully submitted,

| SIMPSON THACHER & BARTLETT LLP | MUNGER, TOLLES & OLSON LLP |
|---|---|
| By:    /s/ Andrew T. Frankel  <br>Thomas C. Rice (trice@stblaw.com)  <br>Andrew T. Frankel (afrankel@stblaw.com)  <br>Alexandra C. Pitney (lpitney@stblaw.com) | By:    /s/ James C. Rutten  <br>Marc T.G. Dworsky  <br>(marc.dworsky@mto.com)  <br>James C. Rutten (James.Rutten@mto.com) |
| 425 Lexington Avenue  <br>New York, New York 10017  <br>Phone: (212) 455-2000  <br>Fax: (212) 455-2502 | 355 South Grand Avenue, 35th Floor  <br>Los Angeles, CA 90071  <br>Phone: (213) 683-9100  <br>Fax: (213) 687-3702 |
| *Attorneys for Defendant Deutsche Bank Securities Inc., RBS Securities Inc., and UBS Securities LLC* | David H. Fry (David.Fry@mto.com)  <br>Achyut J. Phadke (Achyut.Phadke@mto.com)  <br>560 Mission Street, 27th Floor  <br>San Francisco, California  94105  <br>Phone: (415) 512-4000  <br>Fax: (415) 512-4077  <br><br>*Attorneys for Defendant Wells Fargo Asset Securities Corporation* |

SULLIVAN & CROMWELL LLP

By:        /s/ Bruce E. Clark
Bruce E. Clark (clarkb@sullcrom.com)

125 Broad Street
New York, New York 10004-2498
United States
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Amanda F. Davidoff
(davidoffa@sullcrom.com)
Kathleen S. McArthur
(mcarthurk@sullcrom.com)

1701 Pennsylvania Avenue, NW
Washington, D.C. 20006-5805
Phone: (202) 956-7500
Fax: (202) 956-6993

*Attorneys for Defendants First Tennessee Bank National Association (successor by merger to First Horizon Home Loan Corporation), FTN Financial Securities Corp., and First Horizon Asset Securities, Inc.*


CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:      /s/ Roger A, Cooper
Roger A. Cooper (racooper@cgsh.com)
Jared Gerber (jgerber@cgsh.com)

1 Liberty Plaza
New York, New York 10006
Phone: (212) 225-2000
Fax: (212) 225-3999
*Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith Inc.*

SULLIVAN & CROMWELL LLP

By:         /s/ Sharon L. Nelles
Sharon L. Nelles (nelless@sullcrom.com)
Darrell S. Cafasso (cafassod@sullcrom.com)

125 Broad Street
New York, New York 10004-2498
United States
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Defendants Chase Mortgage Finance Corp., JP Morgan Chase & Co., and J.P. Morgan Securities LLC*


PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:         /s/ Bruce Birenboim
Brad S. Karp (bkarp@paulweiss.com)
Bruce Birenboim
(bbirenboim@paulweiss.com)
Susanna M. Buergel
(sbuergel@paulweiss.com)

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990

*Attorneys for Defendants Citicorp Mortgage Securities Inc., CitiMortgage Inc., and Citigroup Global Markets Inc.*

3

CRAVATH, SWAINE & MOORE LLP

By:   /s/ Richard W. Clary
Richard W. Clary
(rclary@cravath.com)
Richard J. Stark
(rstark@cravath.com)
Michael T. Reynolds
(mreynolds@cravath.com)

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorneys for Defendant Credit Suisse Securities (USA) LLC*

MAYER BROWN LLP

By:   /s/ Michael Ware
Mark G. Hanchet
(mhanchet@mayerbrown.com)
Michael O. Ware (mware@mayerbrown.com)
Charles Korschun
(ckorschun@mayerbrown.com)

1675 Broadway
New York, New York 10019
Phone: (212) 506-2500
Fax: (212) 262-1910

*Attorneys for Defendants HSBC Securities (USA) Inc. and Ally Securities,*