ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-24-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR COLONIAL BANK,

                Plaintiff,          12 Civ. 6166 (LLS)

     - against -               ORDER

CHASE MORTGAGE FINANCE CORP., *et al*,

                Defendants.
- - - - - - - - - - - - - - - - - - - -x

    Plaintiff filed an amended complaint on December 4, 2012, repleading and amending its claims. Accordingly, defendants' November 13, 2012 motion (Dkt. No. 69) to dismiss the plaintiff's claims as pleaded in plaintiff's original complaint dated August 10, 2012, is dismissed as moot, without prejudice.

    So ordered.

Dated:  New York, New York
        January 24, 2013

                                                  *Louis L. Stanton*
                                               Louis L. Stanton
                                                  U.S.D.J.