1211 Avenue of the Americas      212 755 0100
New York, New York 10036      graisellsworth.com

GRAIS & ELLSWORTH LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/25/13

Kathryn E. Matthews
212 755 9823
kmatthews@graisellsworth.com

April 23, 2013

*By Hand*

RECEIVED IN CHAMBERS
OF LOUIS L. STANTON

APR 24 2013

UNITED STATES DISTRICT JUDGE

The Honorable Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007-1312

*Federal Deposit Insurance Corp. as Receiver for Colonial Bank v. Chase Mortgage
Finance Corp., et al., No. 12-cv-6166 (LLS) (MHD)*

Dear Judge Stanton:

This firm represents plaintiff the Federal Deposit Insurance Corporation as
Receiver for Colonial Bank (FDIC). The FDIC filed its amended complaint alleging
violations of the Securities Act of 1933 on December 4, 2012. Defendants moved to
dismiss the amended complaint on January 17, 2013. The FDIC filed its opposition brief
on March 18, 2013, and defendants filed their reply on April 17. The FDIC now seeks
leave to file a sur-reply brief of no more than five pages to respond to assertions made in
an affidavit that the defendants submitted for the first time with their reply brief.

The affidavit was provided in an unrelated case by an employee of CoreLogic, the
vendor of the automated valuation model (AVM) that the FDIC used to support the
allegations in its amended complaint. The affidavit, which was submitted in support of a
motion to exclude testimony by the plaintiff's expert in that case, purports to provide "a
brief overview of using CoreLogic AVMs for purposes of assessing the reasonableness of
opinions of value provided by professional appraisers . . . ." Defendants argue in their
reply brief that this affidavit shows that an AVM analysis cannot support the FDIC's
allegations about appraisals and loan-to-value ratios because it does not plausibly suggest
the objective or subjective falsity of the statements that the defendants made in the
offering documents.

The FDIC was unaware of this affidavit and has not had an opportunity to refute
the assertions it makes. To provide it with the opportunity to do so, the FDIC respectfully
requests permission to file a supplemental brief of not more than five pages. If permitted
to do so, the FDIC would file its supplemental brief no later than May 3. Counsel for the

*Granted
Louis L.
Stanton
4/25/13*

Honorable Louis L. Stanton
April 23, 2013
Page 2

GRAIS & ELLSWORTH LLP

defendants do not object to the FDIC's request, provided that defendants are given the opportunity to file a response to the FDIC's sur-reply should they choose to do so.

Very truly yours,

Kathryn E. Matthews

Copies to:
Andrew T. Frankel, Esq. (by email)
James C. Rutten, Esq. (by email)
Michael O. Ware, Esq. (by email)
Roger A. Cooper, Esq. (by email)
Bruce E. Clark, Esq. (by email)
Sharon L. Nelles, Esq. (by email)
Brad S. Karp, Esq. (by email)
Richard W. Clary, Esq. (by email)