**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORTATION AS RECEIVER FOR COLONIAL BANK, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST HORIZON ASSET SECURITIES INC.; FIRST HORIZON HOME LOAN CORP.; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; FTN FINANCIAL SECURITIES CORP.; HSBC SECURITIES (USA) INC.; RBS SECURITIES INC.; UBS SECURITIES LLC; and WELLS FARGO ASSET SECURITIES CORP.*,* <br><br> Defendants. | Case. No. 1:12-cv-06166 (LLS) <br><br> **NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that, Mary G. Menge, a member of this Court in good standing, respectfully enters her appearance as counsel for Plaintiff, Federal Deposit Insurance Corporation as Receiver for Colonial Bank, in this action and also has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of the aforementioned Plaintiff.

Dated: February 27, 2018
New York, New York

Respectfully Submitted,

*/s/ Mary G. Menge*
Mary G. Menge (MM3808)
Spotswood Sansom & Sansbury LLC
One Federal Place
1819 Fifth Avenue North, Suite 1050
Birmingham, AL 35203
Phone: (205) 986-3620
mmenge@spotswoodllc.com