STANTON, S.

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR COLONIAL
BANK,

    *Plaintiff*,

-against-

FIRST HORIZON ASSET SECURITIES INC.;
FIRST HORIZON HOME LOAN CORPORATION;
ALLY SECURITIES LLC; CREDIT SUISSE
SECURITIES (USA) LLC; DEUTSCHE BANK
SECURITIES INC.; FTN FINANCIAL SECURITIES
CORP.; HSBC SECURITIES (USA) INC.; RBS
SECURITIES INC.; UBS SECURITIES LLC; and
WELLS FARGO ASSET SECURITIES
CORPORATION,

    *Defendants*.

No. 12 Civ. 6166 (LLS) (MHD)

**STIPULATION AND
[PROPOSED] ORDER
EXTENDING DEADLINE TO
RESPOND TO SECOND
AMENDED COMPLAINT
AND [PROPOSED] AMENDED
SCHEDULING ORDER**

    WHEREAS, on June 16, 2017, the Court entered the Scheduling Order (Dkt. No. 175), setting a June 29, 2018 deadline for the end of fact discovery;

    WHEREAS, on June 21, 2017, Plaintiff Federal Deposit Insurance Corporation as Receiver for Colonial Bank filed a Second Amended Complaint asserting claims against Defendants First Horizon Asset Securities Inc.; First Horizon Home Loan Corporation; Credit Suisse Securities (USA) LLC; Deutsche Bank Securities Inc.; FTN Financial Securities Corp.; HSBC Securities (USA) Inc.; RBS Securities Inc.; UBS Securities LLC; and Wells Fargo Asset Securities Corporation (collectively, "Defendants");

    WHEREAS, on September 7, 2017, Defendants moved to dismiss the Second Amended Complaint;

    WHEREAS, on March 2, 2018, the Court issued an order and opinion granting in part and denying in part Defendants' motion to dismiss (Dkt. No. 204);

WHEREAS, March 16, 2018 is the deadline for Defendants to answer the Second Amended Complaint;

WHEREAS, the parties have met and conferred and, subject to this Court's approval, agreed upon a 30-day extension of time for Defendants to answer the Second Amended Complaint;

WHEREAS, the parties have not previously requested an extension of this answer deadline;

WHEREAS, the parties have met and conferred and, subject to this Court's approval, agreed upon an extension of the fact discovery deadline to October 29, 2018 in order to allow the parties additional needed time to finalize their document productions, exchange privilege logs, present any discovery disputes they cannot resolve to the Court, prepare for and take fact depositions, and work with third parties to obtain documents sought by subpoena;

WHEREAS, the parties have not previously requested an extension of this fact discovery deadline;

WHEREAS, the parties' proposals affect no other dates in the Scheduling Order;

WHEREAS, the parties anticipate proposing to the Court a further schedule at the close of fact discovery;

**IT IS HEREBY STIPULATED AND AGREED** between the parties that:

1. The deadline for Defendants to answer the Second Amended Complaint is extended to April 16, 2018.

2. The deadline for the end of fact discovery is extended to October 29, 2018.

Dated: New York, New York
March 13, 2018

GRAIS & ELLSWORTH LLP

By: _____
David J. Grais
(dgrais@graisellsworth.com)
Vickie Reznik
(vreznik@graisellsworth.com)
Kristina M. Mentone
(kmentone@graisellsworth.com)

950 Third Avenue, 24th Floor
New York, New York 10022
Phone: (212) 755-0100
Fax: (212) 755-0052

*Attorneys for Plaintiff*

SULLIVAN & CROMWELL LLP

By: _____
Robert J. Giuffra Jr.
(giuffrar@sullcrom.com)
Bruce E. Clark
(clarkb@sullcrom.com)
125 Broad Street
New York, New York 10004-2498
United States
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Amanda F. Davidoff
(davidoffa@sullcrom.com)
James H. Congdon
(congdonj@sullcrom.com)
1700 New York Avenue NW
Washington, D.C. 20006-5805
Phone: (202) 956-7500
Fax: (202) 956-6993

*Attorneys for Defendants First Tennessee Bank National Association (successor by merger to First Horizon Home Loan Corporation), FTN Financial Securities Corp., First Horizon Asset Securities, Inc., and UBS Securities LLC*

SIMPSON THACHER & BARTLETT LLP

By: _____
Andrew T. Frankel
(afrankel@stblaw.com)
Linton Mann III
(lmann@stblaw.com)
425 Lexington Avenue
New York, New York 10017
Phone: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Defendants Deutsche Bank Securities Inc. and RBS Securities Inc.*

MAYER BROWN LLP

By: _____
Michael O. Ware, Esq.
(mware@mayerbrown.com)
Charles S. Korschun, Esq.
(ckorschun@mayerbrown.com)
Emma M. Kurose, Esq.
(ekurose@mayerbrown.com)
1221 Avenue of the Americas
New York, New York 10020
Phone: (212) 506-2500

BOIES, SCHILLER & FLEXNER

Andrew Z. Michaelson, Esq.
(amichaelson@bsfllp.com)

3

<div style="display: flex;">

CRAVATH, SWAINE & MOORE LLP

By: *Richard Clary*
Richard W. Clary
(rclary@cravath.com)
Michael T. Reynolds
(mreynolds@cravath.com)
Lauren A. Moskowitz
(lmoskowitz@cravath.com)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorneys for Defendant Credit Suisse Securities (USA) LLC*

</div>

575 Lexington Avenue, 7th Floor
New York, NY 10022
Phone: (212) 446-2300

*Attorneys for Defendant HSBC Securities (USA) Inc.*

MUNGER, TOLLES & OLSON LLP

By: *James Rutten*
James C. Rutten (*pro hac vice*)
(james.rutten@mto.com)
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Andrew W. Goldwater
agoldwater@fklaw.com
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036-6516
Phone: (212) 833-1106
Fax: (212) 373-7906

*Attorneys for Defendant Wells Fargo Asset Securities Corporation*

This Amended Scheduling Order may be altered or amended on a showing of good cause or when justice so requires.

Dated:   New York, New York
         March 14 2018

SO ORDERED:

*Louis L. Stanton*
Louis L. Stanton
U.S.D.J.

4