UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK<br><br>Plaintiff,<br><br>-v.-<br><br>FIRST HORIZON ASSET SECURITIES INC.; FIRST HORIZON HOME LOAN CORPORATION; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; FTN FINANCIAL SECURITIES CORP.; HSBC SECURITIES (USA) INC.; RBS SECURITIES INC.; UBS SECURITIES LLC; and WELLS FARGO ASSET SECURITIES CORPORATION,<br><br>Defendants. | Case No. 12-cv-06166 (LLS) |

## STIPULATION REGARDING COLONIAL BANK'S FAILURE

Plaintiff, the Federal Deposit Insurance Corporation as Receiver for Colonial Bank (the "FDIC-R"), and Defendants Credit Suisse Securities (USA) LLC, HSBC Securities (USA) Inc., and NatWest Markets Securities Inc. (f/k/a RBS Securities Inc.) (collectively, together with the FDIC-R, the "Parties"), by and through their counsel, have stipulated as follows:

WHEREAS, Defendants sought to depose Ms. Catherine Kissick and Ms. Teresa Kelly, former Colonial Bank employees who worked in Colonial Bank's Mortgage Warehouse Lending division;

WHEREAS, the FDIC-R represents that during their time working at Colonial Bank, neither Ms. Kissick nor Ms. Kelly were involved with purchases of residential mortgage-backed

1

securities, including the certificates referred to in Schedules 1-3 and 8 of the Second Amended Complaint filed on June 21, 2017, Dkt. No. 178 (the "Certificates");

WHEREAS, the Parties wish to reduce the burden and expense of this litigation; and

WHEREAS, Defendants have agreed to forgo depositions of Ms. Kissick and Ms. Kelly as part of fact discovery in this litigation, in exchange for the FDIC-R's written confirmation about its allegations and contentions with respect to the causes of Colonial Bank's closure and failure;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel, as follows:

1. The FDIC-R has not contended and will not contend for any purpose in this case, including at trial, that the purchase, ownership, performance, or sale of the Certificates caused Colonial Bank directly or indirectly to be closed or to fail.

2. Nothing in this Stipulation shall affect the parties' contentions about the causes of the FDIC-R's losses on the Certificates.

Dated: August 22, 2019

| GRAIS & ELLSWORTH LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|---|---|
| By: /s/ Vickie Reznik<br>David J. Grais<br>(dgrais@graisellsworth.com)<br>Vickie Reznik<br>(vreznik@graisellsworth.com)<br>Kristina M. Mentone<br>(kmentone@graisellsworth.com)<br>950 Third Avenue, 24th Floor<br>New York, New York 10022<br>Phone: (212) 755-0100<br>Fax: (212) 755-0052<br><br>SPOTSWOOD SANSOM & SANSBURY LLC<br><br>Robert Spotswood<br>(rks@spotswoodllc.com) | By: /s/ Barry S. Levin<br>Barry S. Levin<br>(blevin@orrick.com)<br>John Ansbro<br>(jansbro@orrick.com)<br>Richard Jacobsen<br>(rjacobsen@orrick.com)<br>Paul A. Rugani<br>(prugani@orrick.com)<br>51 West 52nd Street<br>New York, NY 10019<br>Phone: (212) 506-5000<br><br>Darren Teshima<br>(dteshima@orrick.com)<br>The Orrick Building |

Michael Sansbury
(msansbury@spotswoodllc.com)
Mary G. Menge
(mmenge@spotswoodllc.com)
One Federal Place
1819 Fifth Avenue North, Suite 1050
Birmingham, Alabama 35203
Phone: (205) 453-4189
Fax: (205) 986-3639

*Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for Colonial Bank*

405 Howard Street
San Francisco, CA 94105
Phone: (415) 773-5700

*Attorneys for Defendant Credit Suisse Securities (USA) LLC*

SIMPSON THACHER & BARTLETT LLP

By:  /s/ *Andrew T. Frankel*
Andrew T. Frankel
(afrankel@stblaw.com)
Linton Mann III
(lmann@stblaw.com)
425 Lexington Avenue
New York, New York 10017
Phone: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Defendant NatWest Markets Securities Inc. (f/k/a RBS Securities Inc.)*

MAYER BROWN LLP

By:  /s/ *Michael O. Ware*
Michael O. Ware, Esq.
(mware@mayerbrown.com)
Charles S. Korschun, Esq.
(ckorschun@mayerbrown.com)
1221 Avenue of the Americas
New York, New York 10020
Phone: (212) 506-2500

BOIES SCHILLER FLEXNER

Andrew Z. Michaelson
(amichaelson@bsfllp.com)
Jack G. Stern
(jstern@bsfllp.com)
Jaime D. Sneider
(jsneider@bsfllp.com)
Demetri Brumis Blaisdell
(dblaisdell@bsfllp.com)
55 Hudson Yards
New York, NY 10001
Phone: (212) 446-2300

*Attorneys for Defendant HSBC Securities (USA) Inc.*

Dated:     New York, New York     **IT IS SO ORDERED:**
              August __, 2019

                                                 _____
                                                 Honorable Louis L. Stanton
                                                 United States District Judge