## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, <br><br> *Plaintiff*, <br><br> -v.- <br><br> FIRST HORIZON ASSET SECURITIES INC.; FIRST HORIZON HOME LOAN CORPORATION; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; FTN FINANCIAL SECURITIES CORP.; HSBC SECURITIES (USA) INC.; RBS SECURITIES INC.; UBS SECURITIES LLC; and WELLS FARGO ASSET SECURITIES CORPORATION, <br><br> *Defendants*. | No. 12 Civ. 6166 (LLS) (MHD) |

## DECLARATION OF LINTON MANN III IN SUPPORT OF
## RBS SECURITIES INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Linton Mann III, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1.      I am a member of the law firm of Simpson Thacher & Bartlett LLP and am admitted to practice before this Court. I respectfully submit this Declaration in support of Defendant NatWest Markets Securities Inc.'s (f/k/a RBS Securities Inc.) ("RBS") Motion for Partial Summary Judgment (the "Motion"). I base this declaration on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff Federal Deposit Insurance Corporation as Receiver for Colonial Bank's (the "FDIC") Second Amended Complaint, filed on June 21, 2017 (Dkt. No. 178).

3.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the Prospectus Supplement for the CMALT 2007-A3 Trust, dated March 26, 2007, bearing Bates numbers RBS_ColonialFDICNY_000021818 through RBS_ColonialFDICNY_000021847, with highlighting added by counsel.  The Prospectus Supplement is also publicly available at https://www.sec.gov/Archives/edgar/data/811785/000136153007000106/cmalt2007-a3form424b5.htm.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the Prospectus Supplement for the CMALT 2007-A5 Trust, dated May 29, 2007, bearing Bates numbers RBS_ColonialFDICNY_000038925 through RBS_ColonialFDICNY_000038964, with highlighting added by counsel.  The Prospectus Supplement is also publicly available at https://www.sec.gov/Archives/edgar/data/811785/000139781207000020/cmalt2007-a5424b5.htm.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the Senior Underwriting Agreement, by and between Citicorp Mortgage Securities, Inc., Citigroup Inc., and Credit Suisse Securities (USA) LLC, for the senior certificates issued by the CMALT 2007-A3 Trust, dated March 2, 2007, bearing Bates numbers RBS_ColonialFDICNY_000154141 through RBS_ColonialFDICNY_000154169, with highlighting added by counsel.  The Senior Underwriting Agreement is also publicly available at https://www.sec.gov/Archives/edgar/data/811785/000136153007000113/seniorunderwritingagreement.htm.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of the Senior Underwriting Agreement, by and between Citicorp Mortgage Securities, Inc., Citigroup Inc., and HSBC Securities (USA) Inc., for the senior certificates issued by the CMALT 2007-A5 Trust, dated

April 27, 2007, bearing Bates numbers RBS_ColonialFDICNY_000155264 through RBS_ColonialFDICNY_000155292, with highlighting added by counsel.  The Senior Underwriting Agreement is also publicly available at https://www.sec.gov/Archives/edgar/data/811785/000139781207000026/seniorunderwritingagreement.htm.

7.    Attached hereto as **Exhibit 6** is a true and correct copy of the Subordinated Underwriting Agreement, by and between Citicorp Mortgage Securities, Inc., Citigroup Inc., and RBS, for the subordinated certificates issued by the CMALT 2007-A3 Trust, dated March 20, 2007, bearing Bates numbers RBS_ColonialFDICNY_000154170 through RBS_ColonialFDICNY_000154198, with highlighting added by counsel.  The Subordinated Underwriting Agreement is also publicly available at https://www.sec.gov/Archives/edgar/data/811785/000136153007000113/subunderwritingagreement.htm.

8.    Attached hereto as **Exhibit 7** is a true and correct copy of the Subordinated Underwriting Agreement, by and between Citicorp Mortgage Securities, Inc., Citigroup Inc., and RBS, for the subordinated certificates issued by the CMALT 2007-A5 Trust, dated May 21, 2007, bearing Bates numbers RBS_ColonialFDICNY_000155293 through RBS_ColonialFDICNY_000155321, with highlighting added by counsel.  The Subordinated Underwriting Agreement is also publicly available at https://www.sec.gov/Archives/edgar/data/811785/000139781207000026/subunderwritingagreement.htm.

9.    Attached hereto as **Exhibit 8** is a true and correct copy of a screenshot from the Securities and Exchange Commission's EDGAR filing system showing that the underwriting

agreements for the CMALT 2007-A3 Trust (Exs. 4 and 6) were publicly-filed on April 6, 2007, *available at*

https://www.sec.gov/Archives/edgar/data/1392060/000136153007000113/0001361530-07-000113-index.htm.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of a screenshot from the Securities and Exchange Commission's EDGAR filing system showing that the underwriting agreements for the CMALT 2007-A5 Trust (Exs. 5 and 7) were publicly-filed on June 11, 2007, *available at*

https://www.sec.gov/Archives/edgar/data/1397812/000139781207000026/0001397812-07-000026-index.htm.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of the FDIC's letter in opposition to RBS's request for a pre-motion conference on this Motion, dated August 20, 2019 (Dkt. No. 282).

12.     Attached hereto as **Exhibit 11** is a true and correct copy of the transcript of the pre-motion conference on this Motion held before this Court on September 13, 2019, with highlighting added by counsel.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  September 27, 2019                    Respectfully Submitted,
        New York, New York


                                              /s/ *Linton Mann III*
                                              Linton Mann III