# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,<br><br>        Plaintiff,<br><br>  -v.-<br><br>FIRST HORIZON ASSET SECURITIES INC.; FIRST HORIZON HOME LOAN CORPORATION; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; FTN FINANCIAL SECURITIES CORP.; HSBC SECURITIES (USA) INC.; RBS SECURITIES INC.; UBS SECURITIES LLC; and WELLS FARGO ASSET SECURITIES CORPORATION,<br><br>        Defendants. | Case No. 12 Civ. 6166 (LLS) (MHD) |

## DECLARATION OF VICKIE REZNIK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Vickie Reznik, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state and declare as follows:

1. I am a member of the law firm of Grais & Ellsworth LLP. I am a member of the Bar of the State of New York and am admitted to practice before this Court. I respectfully submit this Declaration in opposition to Defendant's motion for partial summary judgment. I make this declaration on my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the CMALT 2007-A3 Prospectus Supplement, bearing Bates numbers RBS_ColonialFDICNY_000021818, RBS_ColonialFDICNY_000021820-22,

RBS_ColonialFDICNY_000021825-27, RBS_ColonialFDICNY_000021834, RBS_ColonialFDICNY_000021846-51, RBS_ColonialFDICNY_000021853-54, RBS_ColonialFDICNY_000021870-72, RBS_ColonialFDICNY_000021896-99. Highlighting has been added by counsel.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the CMALT 2007-A5 Prospectus Supplement, bearing Bates numbers RBS_ColonialFDICNY_000038925, RBS_ColonialFDICNY_000038927-29, RBS_ColonialFDICNY_000038932-34, RBS_ColonialFDICNY_000038949, RBS_ColonialFDICNY_000038963-71, RBS_ColonialFDICNY_000038987-89, RBS_ColonialFDICNY_000039013-16. Highlighting has been added by counsel.

4. Attached hereto as Exhibit 3 is a true and correct copy of RBS Securities Inc.'s Amended Responses and Objections to Plaintiff's First Set of Requests for Admissions.

5. Attached hereto as Exhibit 4 is a true and correct copy of RBS Securities Inc.'s Amended Responses and Objections to Plaintiff's Third Set of Interrogatories.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition transcript of Brent Sloman taken in *Federal Deposit Insurance Corporation as Receiver for Colonial Bank v. Banc of America Funding Corp.*, *et al.*, dated February 20, 2016.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition transcript of Brent Sloman taken in *In the Matter of: FDIC as Receiver for Colonial Bank v. Countrywide Securities*, *et al.*, dated March 22, 2014.

8. Attached hereto as Exhibit 7 is a true and correct copy of a rating announcement by Fitch Ratings for CMALT 2007-A3, dated March 28, 2007.

9. Attached hereto as Exhibit 8 is a true and correct copy of a rating announcement by Fitch Ratings for CMALT 2007-A5, dated May 30, 2007.

10. Attached hereto as Exhibit 9 is a true and correct copy of a rating announcement by Moody's Investors Service for CMALT 2007-A3, dated April 10, 2007.

11. Attached hereto as Exhibit 10 is a true and correct copy of a rating announcement by Moody's Investors Service for CMALT 2007-A5, dated June 11, 2007.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Subordinated Underwriting Agreement for CMALT 2007-A3.

13. Attached hereto as Exhibit 12 is a true and correct copy of the Subordinated Underwriting Agreement for CMALT 2007-A5.

14. Attached hereto as Exhibit 13 is a true and correct copy of RBS Securities Inc.'s Supplemental Responses and Objections to Plaintiff's Second Set of Interrogatories, and Appendix B thereto.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the deposition transcript of Andrew Jewett taken in this action, dated September 27, 2018.

16. Attached hereto as Exhibit 15 is a true and correct copy of the Declaration of Leonard A. Blum in Support of Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment, attaching as Appendix A excerpts from the Expert Report of Leonard Blum for CMALT 2007-A2 and CMALT 2007-A3, dated September 20, 2019, and attaching as Appendix B excerpts from the Expert Report of Leonard Blum for CMALT 2007-A5, dated September 20, 2019.

17. Attached hereto as Exhibit 16 is a true and correct copy of the Senior Underwriting Agreement for CMALT 2007-A3.

18. Attached hereto as Exhibit 17 is a true and correct copy of the Senior Underwriting Agreement for CMALT 2007-A5.

19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from a document that was produced in this action, bearing the Bates numbers HSBC-ColonialSDNY00000281-82 and HSBC-ColonialSDNY00000300.

20. Attached hereto as Exhibit 19 is a true and correct copy of a summary of the due diligence results for CMALT 2007-A5, bearing the Bates number HSBC-ColonialSDNY00055879.

21. Attached hereto as Exhibit 20 is a true and correct copy of excerpts of Credit Suisse's Residential Mortgage Corporate and Loan Level Due Diligence Policy, bearing the Bates numbers CSFDICCOLNY000192487, CSFDICCOLNY000192490-91.

22. Attached hereto as Exhibit 21 is a true and correct copy of an email concerning due diligence for CMALT 2007-A3, bearing the Bates numbers CSFDICCOLNY000124912-13.

23. Attached hereto as Exhibit 22 is a true and correct copy of an email concerning the CMALT 2007-A3 prospectus supplement, bearing the Bates number RBS_ColonialFDICNY_000018346.

24. Attached hereto as Exhibit 23 is a true and correct copy of an email concerning the CMALT 2007-A5 prospectus supplement, bearing the Bates numbers RBS_ColonialFDICNY_000037680-81.

25. Attached hereto as Exhibit 24 is a true and correct copy of an email concerning the CMALT 2007-A5 prospectus supplement, bearing the Bates numbers RBS_ColonialFDICNY_000038231-41.

26. Attached hereto as Exhibit 25 is a true and correct copy of an email concerning the CMALT 2007-A5 prospectus supplement, bearing the Bates numbers RBS_ColonialFDICNY_000038474-75.

27. Attached hereto as Exhibit 26 is a true and correct copy of an excerpt of an email attaching a copy of the prospectus supplement for CMALT 2007-A3, bearing the Bates numbers RBS_ColonialFDICNY_000021816-52.

28. Attached hereto as Exhibit 27 is a true and correct copy of an email from Cadwalader, Wickersham & Taft LLP, bearing the Bates number RBS_ColonialFDICNY_000021805.

29. Attached hereto as Exhibit 28 is a true and correct copy of an opinion letter by Cadwalader, Wickersham & Taft LLP to the underwriters of CMALT 2007-A3, bearing the Bates numbers CSFDICCOLNY000191601-07.

30. Attached hereto as Exhibit 29 is a true and correct copy of an opinion letter by Cadwalader, Wickersham & Taft LLP to the underwriters of CMALT 2007-A5, bearing the Bates numbers RBS_ColonialFDICNY_000154627-32.

31. Attached hereto as Exhibit 30 is a true and correct copy of an email attaching a letter from RBS Greenwich Capital to KPMG in connection with CMALT 2007-A3, bearing the Bates numbers RBS_ColonialFDICNY_000024805-09.

32. Attached hereto as Exhibit 31 is a true and correct copy of KPMG's Independent Accountants' Report on Applying Agreed-Upon Procedures for CMALT 2007-A3, bearing the Bates numbers RBS_ColonialFDICNY_000153359-62.

33. Attached hereto as Exhibit 32 is a true and correct copy of a letter from RBS Greenwich Capital to KPMG in connection with CMALT 2007-A5, bearing the Bates number RBS_ColonialFDICNY_000038902.

34. Attached hereto as Exhibit 33 is a true and correct copy of KPMG's Independent Accountants' Report on Applying Agreed-Upon Procedures for CMALT 2007-A5, bearing the Bates numbers RBS_ColonialFDICNY_000154561-64.

35. Attached hereto as Exhibit 34 is a true and correct copy of KPMG's Independent Accountants' Report on Applying Agreed-Upon Procedures for CMALT 2007-A3, bearing the Bates numbers RBS_ColonialFDICNY_000153363-85.

36. Attached hereto as Exhibit 35 is a true and correct copy of KPMG's Independent Accountants' Report on Applying Agreed-Upon Procedures for CMALT 2007-A5, bearing the Bates numbers RBS_ColonialFDICNY_000154565-92.

37. Attached hereto as Exhibit 36 is a true and correct copy of a Blue Sky Survey for CMALT 2007-A3 by Cadwalader, Wickersham & Taft LLP, bearing the Bates numbers RBS_ColonialFDICNY_000153581-620.

38. Attached hereto as Exhibit 37 is a true and correct copy of a Blue Sky Survey for CMALT 2007-A5 by Cadwalader, Wickersham & Taft LLP, bearing the Bates numbers RBS_ColonialFDICNY_000154641-80.

39. Attached hereto as Exhibit 38 is a true and correct copy of a letter from Fitch Ratings concerning the credit ratings for CMALT 2007-A3, bearing the Bates numbers RBS_ColonialFDICNY_000153349-51.

40.     Attached hereto as Exhibit 39 is a true and correct copy of a letter from Fitch Ratings concerning the credit ratings for CMALT 2007-A5, bearing the Bates numbers RBS_ColonialFDICNY_000154551-53.

41.     Attached hereto as Exhibit 40 is a true and correct copy of a letter from Standard & Poor's concerning the credit ratings for CMALT 2007-A5, bearing the Bates numbers RBS_ColonialFDICNY_000153354-58.

42.     Attached hereto as Exhibit 41 is a true and correct copy of a letter from Standard & Poor's concerning the credit ratings for CMALT 2007-A5, bearing the Bates numbers RBS_ColonialFDICNY_000154556-60.

43.     Attached hereto as Exhibit 42 is a true and correct copy of excerpts of the RBS Greenwich Capital Asset-Backed Finance, Sales & Trading Groups Policies and Procedures Manual, bearing the Bates numbers RBS_ColonialFDICNY_000117195 and RBS_ColonialFDICNY_000117206.

44.     Attached hereto as Exhibit 43 is a true and correct copy of Plaintiff's Second Amended Complaint, filed on June 21, 2017 (Dkt. No. 178).

45.     Attached hereto as Exhibit 44 is a true and correct copy of Defendant RBS Securities Inc.'s Answer to the Second Amended Complaint, filed on April 16, 2018 (Dkt. No. 214).

I declare, under penalty of perjury, that the foregoing is true and correct.


New York, New York
Dated: November 1, 2019

                                                        s/ Vickie Reznik
                                                          Vickie Reznik