ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR COLONIAL
BANK,**

                  Plaintiff,

      - against -

**FIRST HORIZON ASSET SECURITIES INC.
FIRST HORIZON HOME LOAN CORPORATION,
CREDIT SUISSE SECURITIES (USA) LLC,
DEUTSCHE BANK SECURITIES INC., FTN
FINANCIAL SECURITIES CORP., HSBC
SECURITIES (USA) INC., RBS
SECURITIES INC., UBS SECURITIES LLC,
and WELLS FARGO ASSET SECURITIES
CORPORATION,**

                  Defendants.

12 Civ. 6166 (LLS)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/17/20_

      Sufficient cause appearing, the March 15, 2019 fact discovery cutoff date set in paragraph 1 of the February 1, 2019 order (Dkt. No. 254) is vacated and the time for fact discovery is extended without date; every party may conduct further factual discovery; any party may apply, on two weeks' notice, for the re-setting of a factual discovery cutoff date; and any party or non-party may apply in an appropriate court for relief from a discovery demand which is excessive, unnecessary, or unduly burdensome, and the imposition of costs of producing discovery upon the party seeking it.

      So ordered.

Dated:    New York, New York
           January 17, 2020

                             *Louis L. Stanton*
                            LOUIS L. STANTON
                              U.S.D.J.