UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK<br><br>　　　　　　Plaintiff,<br><br>　-v.-<br><br>FIRST HORIZON ASSET SECURITIES INC.; FIRST HORIZON HOME LOAN CORPORATION; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; FTN FINANCIAL SECURITIES CORP.; HSBC SECURITIES (USA) INC.; RBS SECURITIES INC.; UBS SECURITIES LLC; and WELLS FARGO ASSET SECURITIES CORPORATION,<br><br>　　　　　　Defendants. | Case No. 12-cv-06166 (LLS) |

## [PROPOSED] ORDER

This cause came before the Court in the above-captioned action on Plaintiff's Motion for Leave to File Under Seal (the "Motion"). After considering the Motion, the Court finds that the Motion should be **GRANTED**. Accordingly,

**IT IS ORDERED** that Plaintiff's Unopposed Motion to Seal is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of this Court shall file under seal unredacted versions of (1) Exhibit 29 to the Declaration of Jisun Park in Further Support of Plaintiff's Motion for Summary Judgment Regarding the Calculation of Damages, and (2) Plaintiff's Reply in Further Support of Its Motion for Summary Judgment Regarding the Calculation of Damages.

Signed this ___ day of _____.   **IT IS SO ORDERED:**

_____
Honorable Louis L. Stanton
United States District Judge