ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/23/23

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
COLONIAL BANK,

    Plaintiff,

v.

FIRST HORIZON ASSET SECURITIES
INC.; FIRST HORIZON HOME LOAN
CORPORATION; CREDIT SUISSE
SECURITIES (USA) LLC; DEUTSCHE
BANK SECURITIES INC.; FTN
FINANCIAL SECURITIES CORP.; HSBC
SECURITIES (USA) INC.; RBS
SECURITIES INC.; UBS SECURITIES
LLC; and WELLS FARGO ASSET
SECURITIES CORPORATION, et al.,

    Defendants.

No. 12 Civ. 6166 (LLS)

[PROPOSED] ORDER WITHDRAWING
VICKIE REZNIK AS COUNSEL FOR
PLAINTIFF FEDERAL DEPOSIT
INSURANCE CORPORATION AS
RECEIVER FOR COLONIAL BANK

LLS

IT IS HEREBY ORDERED that Vickie Reznik be withdrawn as an attorney of record for Plaintiff Federal Deposit Insurance Corporation as Receiver for Colonial Bank.

Plaintiff remains represented by David J. Grais of Grais & Ellsworth LLP and by Robert K. Spotswood and William Paulk of Spotswood Sansom Sansbury LLC.

**IT IS SO ORDERED.**

Date: May 23, 2023

                                                     Louis L. Stanton
                                          The Honorable Louis L. Stanton
                                          United States District Judge