USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/31/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
COLONIAL BANK,

    Plaintiff,

v.

FIRST HORIZON ASSET SECURITIES
INC.; FIRST HORIZON HOME LOAN
CORPORATION; CREDIT SUISSE
SECURITIES (USA) LLC; DEUTSCHE
BANK SECURITIES INC.; FTN
FINANCIAL SECURITIES CORP.; HSBC
SECURITIES (USA) INC.; RBS
SECURITIES INC.; UBS SECURITIES
LLC; and WELLS FARGO ASSET
SECURITIES CORPORATION, et al.,

    Defendants.

---

No. 12 Civ. 6166 (LLS)

[PROPOSED] ORDER WITHDRAWING
MARIA HEIFETZ AS COUNSEL FOR
PLAINTIFF FEDERAL DEPOSIT
INSURANCE CORPORATION AS
RECEIVER FOR COLONIAL BANK

IT IS HEREBY ORDERED that Maria Heifetz be withdrawn as an attorney of record for Plaintiff Federal Deposit Insurance Corporation as Receiver for Colonial Bank.

Plaintiff remains represented by David J. Grais of Grais & Ellsworth LLP and by Robert K. Spotswood and William Paulk of Spotswood Sansom & Sansbury LLC.

**IT IS SO ORDERED.**

Date: May 31, 2023

                                                  Louis L. Stanton
                                        The Honorable Louis L. Stanton
                                        United States District Judge